L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 323-207-3885
pmankin@paulmankin.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIGETTE SMITH, an individual,** | Case No.: **5:15-cv-01509-RSWL-DTB** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **WEST ASSET MANAGEMENT, AND DOES 1 through 10,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled.  Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation.  A Voluntary Dismissal will be forthcoming.  This Court shall retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Respectfully submitted this 14th day of September 2015.

By: /s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Filed electronically on this 14th day of September 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Ronald S. W. Lew
United States District Court
Central District of California

This 14th day of September 2015

/s/L. Paul Mankin
L. Paul Mankin