JS-6

L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIGETTE SMITH, an individual,** | Case No. 5:15-cv-01509-RSWL-DTB |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |
| vs. | |
| **WEST ASSET MANAGEMENT, and DOES 1 through 10,** | |
| Defendant. | |

   The Court has reviewed the Stipulation of Plaintiff, BRIGETTE SMITH, and Defendant, WEST ASSET MANAGEMENT, to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

1   That the above-entitled lawsuit is hereby dismissed, with prejudice,
2  pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

### IT IS SO ORDERED

DATED:  10/9/2015               s/ RONALD S.W. LEW
                                                  UNITED STATES DISTRICT JUDGE